■ In the Matter of the Claim of NANCY DAVIS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files not of issue, and files and serves record and brief on or before August 1, 1960 and is ready for argument at the September Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of ORESTIS POULOS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files notes of issue, and files and serves record and brief on or before August 1, 1960 and is ready for argument at the September Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of RAMON G. MORELL, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before August 15, 1960 and is ready for argument at the September Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of JERRY L. CRAWFORD, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before August 1, 1960 and is ready for argument at the September Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ RALPH L. SUTTER et al., as Coexecutors of EMORY P. SUTTER, Deceased, Appellants, v. WILLIAM F. HOSEY, Respondent.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before August 23, 1960 and are ready for argument at the September Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD E. DE GROAT, Appellant.— Motion to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.